IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-02329-SKC

John E. Ator,

Plaintiff,

v.

Performant Recovery, Inc.,

Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, JOHN E. ATOR, and the Defendant, PERFORMANT RECOVERY, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice against PERFORMANT RECOVERY, INC. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney fees. The trial scheduled for September 27, 2021 and September 28, 2021 should be vacated.

Respectfully submitted this 22ND day of September 2021.

| **JOHN E. ATOR** | **PERFORMANT RECOVERY, INC.** |
|---|---|
| *s/ Nathan C. Volheim (with consent)* | *s/ Michael J. Laszlo* |
| Nathan C. Volheim | Michael J. Laszlo |
| Counsel for Plaintiff | Counsel for Defendant |
| Sulaiman Law Group, LTD | LaszloLaw |
| 2500 S. Highland Avenue, Suite 200 | 2595 Canyon Blvd., Ste. 210 |
| Lombard, Illinois 60148 | Boulder, CO 80302 |
| Phone: (630) 575-8181 | Phone: (303) 926-0410 |
| Fax: (630) 574-8188 | mlaszlo@laszlolaw.com |
| nvolheim@sulaimanlaw.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this case.

By:     *s/ Veronica L. Vecchio*
         Veronica L. Vecchio